PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued May 21, 1945; decided July 19, 1945.

*Ignatius M. Wilkinson, Corporation Counsel (Andrew Bellanca, Francis J. Bloustein* and *Leon Mendelson* of counsel), for appellant.

952

*Philip Halpern* and *Frank C. Bowers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.